UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY A. MOSS, | No. 2:15-cv-0108 GGH P |
| Petitioner, | |
| v. | ORDER |
| KELI MITCHELL, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Judgment was entered in this case on March 23, 2015. On August 19, 2015, petitioner filed a letter stating, "Would like to know my status report on the Ninth Circuit. I would like to know have you receive my papper work. I have never gotten a copies."[1] [Sic] (ECF No. 13.)

Petitioner is informed that this court has no record of his having filed any documentation with this court since judgment was entered in March. This court does not speak for the Ninth Circuit Court of Appeals, however, and cannot state whether that court has received any filings from petitioner. Because petitioner's filing does not convey any intent to appeal, this court cannot construe the filing as a notice of appeal. Furthermore, the time for filing a notice of appeal

---

[1] It should be noted that petitioner's filing was first sent to the Northern District of California and was forwarded to this district.

1

has passed. See Fed. R. App. P. 4(a) (time limit for filing a notice of appeal following entry of judgment is thirty days).

Accordingly, IT IS ORDERED that: petitioner's filing of August 19, 2015 (ECF No. 13) is disregarded.

Dated: August 25, 2015

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Moss0108.ord